TRACY L. WILKISON        JS-6
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4820
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRYAN A. NORTON, | Case No. 8:21-cv-00747-PD |
| Plaintiff, | |
| vs. | JUDGMENT OF REMAND |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 12, 2021

                                                        *Patricia Donahue*
                                    HON. PATRICIA DONAHUE
                                    UNITED STATES MAGISTRATE JUDGE