LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BRYAN A. NORTON,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>    Defendant. | No. 8:21-cv-00747-PD<br><br>**ORDER AWARDING EAJA FEES** |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND AND TWENTY-TWO DOLLARS AND 72/100 ($3,022.72) subject to the terms of the stipulation.

DATE:  Dec. 16, 2021          */s/ Patricia Donahue*
                                     HON. PATRICIA DONAHUE
                                     UNITED STATES MAGISTRATE JUDGE